(INND Rev. 4/24)



-FILED-
JUN 09 2025
At ____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Dina Dabbousi
*[You are the* **PLAINTIFF**, *print your full name on this line.]*

v.

Vip Parcel,
*[The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 2:25cv256
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Vip parcel | 111 Buck Rd. Huntington valley PA. 19006. USA |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? (1) Owner
2. What is your address? 6821 Pierce Dr. Merrillville IN 46410
3. What is your telephone number: (317) 746-3513
4. Have you ever sued anyone for these exact same claims?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. Today 6-9-25 I was informed at the USPS location in merrillville that my packages of certified natural diamonds coming from India were w/ the company VIP parcel. I called this company on several occassion in reference to my diamonds that total was 2,000,000 (was suppose to return). Today my conversation w/ the agent consisted of denial that the package arrived to this company. The tracking number is 9200 1903 8249 8002 4726 19. These items have a replacement item that has been withheld from this company. The tracking number for the diamond that was intially sent out was 9200 1903 8249 8002

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

92001903824980023 4 9652

Claims and Facts (continued)

This was the proximate and actual cause of economical Lose to the merchant on ebay, + myself. I will also demand either a refund or another package to be sent out if the merchant agrees. The fair market value of those items estimate over 2,000,000.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Wherefore, I the plaintiff prays that this court demands compensation in the amount of 1,000,000 dollar due to the lose of opportunity to have items delivered.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

DD I will keep a copy of this complaint for my records.

DD I will promptly notify the court of any change of address.

DD I declare **under penalty of perjury** that the statements in this complaint are true.

Nina Dodson 6-9-25

Signature Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]