**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DINA DABBOUSEH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-256-GSL-AZ |
| | ) | |
| VIP PARCEL | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 445 and due to a potential conflict of interest, the undersigned **RECUSES** himself from this case as the assigned Magistrate Judge and **DIRECTS** the Clerk of Court to re-assign this matter to another Magistrate Judge in the District.

SO ORDERED this 11th day of June 2025.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT