Dina Dabbouseh
VS.
Vip Parcel

-FILED-
JUN 17 2025
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Cause no: 2:25-CV-00256

# Motion to dismiss

Comes now Dina Dabbouseh pro se, by self representation motions this court to dismiss the case ~~a~~ caption above for the following reason:

1.) The items were sent & delivered to I, Dina Dabbouseh on 6-17-25.

Respectfully submitted
Dina Dabbouseh