Plaintiff's case may proceed, the Court must examine whether her action is frivolous or

USDC IN/ND case 2:25-cv-00256-GSL-APR document 4 filed 06/11/25 page 1 of 3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

FT WAYNE IN
467 P 2 L
12 JUN 2025

stamps.com
$0.69
US POSTAGE IMI
FIRST-CLASS
FROM 46802

-FILED-
JUN 24 2025
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SCREENED

Dina Dabbouseh
6821 Pierce Drive
Merrillville, IN 46410

NIXIE 372 SE 1 7206/19/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 46802348899 *2912-17516-12-40