9-9-25

3:25 cv 25

FILED
SEP 09 2025
At ________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Comes now, I Dina Dabbas prose, by Self representation herby & States as follows to the Complaint.

1) That V.I.P. Parcel has withheld packages of mino coming from Delhi, India via ship rocket.

2) Later, was discovered the the defendant did not scan package one arrive to the U.S.A. w/ the ~~package~~ parcel # of 832171314 8802 from Ship rocket

3) It was stated by V.I.P that one of the parcels hasn't arrived to the U.S.A for the other

package coming from India, which departed from Huntingville, PA where V.I.P. parcel is based out of w/ the tracking # of 9200190375326990425581 8.

4) Furthermore, it was scanned as departed from V.I.P. parcel as shipped out & not as they stated, "hasn't arrived U.S.A

Wherefore, I Dana Dabbush prays that this court grants judgment to V.I.P. parcel in the amount of 1,000,000 as deemed just + all other proper relief.

Respectfully submitted,

Dina D.