-FILED-
SEP 08 2025
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Comes now Dina Dabbouseh pro se, by self representation ~~A~~ respectfully motions this Court to reinstate case number 225:cv:256 for the follow reasons:

1) suspected mail fraud
2) withhold ~~mail~~ packages
3) VIP claims that package was sent out to USPS.

Respectfully submitted

Dina Dabbouseh