-FILED-
SEP 19 2025
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dina Dabbouseh
VS.
V.I.P. parcel

2:25: CV: 256

Amended Complaint

Comes now Dina Dabbouseh, pro se by self representation petitions This court to amend this case as captioned above for the following reasons:

1.) That the said defendant released the package which contain the parcel # 9241990328575244152534 to USPS. ~~[illegible]~~ ~~[illegible]~~

2.) I the Plaintiff am expecting other packages made ~~[illegible]~~ for the sole purpose of enjoyment, however V.I.P. has deprived me the chance opportunity to obtain those goods intended for personal use.

3.) The said defendant may have 2 of 3 packages that may have been ~~[illegible]~~ withheld from me, although the 3rd package coming from another carrier arrived N.Y., where V.I.P. is in not based off of + handed

due to U.S.P.S.



4.) The merchant sent out all items at or about the same timeframe, henceforth the packages that would have ~~gone through~~ been in V.I.P. parcel's possecion have not ~~[illegible]~~ indicated arrived to the U.S.A. & only indicated has label created in Huntingsville P.A. which is the headquarter for V.I.P. parcel.

5.) Given the facts captioned above it is unknown whether V.I.P. has the intent to release all other packages.

6.) The said defendant has made it nearly ~~[illegible]~~ impossible to send out goods in a timley manner along w/ the loss of the merchant where he had replaced the previous items, which resulted in the merchant's hesitation to want to servia me w/ his goods

7.) This has resulted in a great inconvience, where the carrier deprived me of loss of enjoyment in life, along with not having ~~[illegible]~~ the desire to make any sales transactions coming from overseas.

Wherefore, I the plaintiff prays that this court grants judgment in the amount of 1,000,000.00 deemed just + all other relief in the premises.

Respectfully submitted,
[illegible signature]
9-19-25